**Order entered July 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00138-CR
No. 05-19-00139-CR
No. 05-19-00140-CR
No. 05-19-00141-CR

**JOSEPH GLEN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-41918-U, F18-00666-U, F18-00673-U & F18-34887-U**

## ORDER

Before the Court is appellant's July 9, 2019 third motion to extend the time to file appellant's brief. Appellant's motion is **DENIED**.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708

(Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/    BILL PEDERSEN, III
JUSTICE